UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-CR-118 |
| | ) | |
| ANTHONY BIANCHINI | ) | |

**O R D E R**

This criminal matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated April 19, 2010. [Doc. 64]. The Magistrate Judge recommends that the defendant's motion to suppress evidence seized during a traffic stop on December 1, 2007, as well as any incriminating statements that he subsequently made to Agent Mike Commons, be denied. The defendant has not filed an objection to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, the defendant's motion to suppress, the response of the government, and for the reasons set out in that Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that this Report

and Recommendation is **ADOPTED** and **APPROVED**, and that the defendant's motion to suppress is **DENIED.**

[Doc. 55].

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE